Official Form 1 (1/08)

**United States Bankruptcy Court**
**NORTHERN DISTRICT OF ILLINOIS**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| Patterson, John D. | Patterson, Patricia Ann |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): aka Jack Patterson | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): aka Patricia A. McDermot |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 6547 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 0269 |
| Street Address of Debtor (No. & Street, City, and State): 1805 Marine Road Bolingbrook IL ZIPCODE 60490 | Street Address of Joint Debtor (No. & Street, City, and State): 1805 Marine Road Bolingbrook IL ZIPCODE 60490 |
| County of Residence or of the Principal Place of Business: Will | County of Residence or of the Principal Place of Business: Will |
| Mailing Address of Debtor (if different from street address): SAME ZIPCODE | Mailing Address of Joint Debtor (if different from street address): SAME ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): NOT APPLICABLE ZIPCODE

**Type of Debtor** (Form of organization) (Check **one** box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
John D. Patterson and
Patricia Ann Patterson

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X /s/ James Schelli, Jr. 9/28/2008
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
John D. Patterson and
Patricia Ann Patterson

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John D. Patterson
Signature of Debtor

X /s/ Patricia Ann Patterson
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

9/28/2008
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

9/28/2008
(Date)

**Signature of Attorney***

X /s/ James Schelli, Jr.
Signature of Attorney for Debtor(s)

James Schelli, Jr. 6188903
Printed Name of Attorney for Debtor(s)

WEBSTER & SCHELLI, P.C.
Firm Name

1730 Park Street, Suite 220
Address

Naperville IL 60563

630.416.4500
Telephone Number

9/28/2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

9/28/2008
Date

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re ***John D. Patterson***
***and***
***Patricia Ann Patterson***

**Debtor(s)**

Case No.
Chapter 7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ John D. Patterson

Date: 9/28/2008

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re **John D. Patterson**
**and**
**Patricia Ann Patterson**

Debtor(s)

Case No.
Chapter 7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Patricia Ann Patterson*

Date:    *9/28/2008*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re ***John D. Patterson***
***aka Jack Patterson***
***and***
***Patricia Ann Patterson***
***aka Patricia A. McDermot***
/ Debtor

Case No.
Chapter **7**

Attorney for Debtor: ***James Schelli, Jr.***

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***2,500.00***
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ ***1,301.00***
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ ***1,199.00***

3. $ ***299.00*** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   ***None other***

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   ***None other***

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   ***None***

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   ***None***

Dated: ***9/28/2008*** Respectfully submitted,

X ***/s/ James Schelli, Jr.***

Attorney for Petitioner: ***James Schelli, Jr.***
***WEBSTER & SCHELLI, P.C.***
***1730 Park Street, Suite 220***
***Naperville IL 60563***

***630.416.4500***

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| 9/28/2008 | /s/John D. Patterson | /s/Patricia Ann Patterson |
|---|---|---|
| Date | Debtor | Joint Debtor |
| 9/28/2008 | /s/James Schelli, Jr. | |
| Date | Attorney for Debtor(s) | |

FORM B6A (Official Form 6A) (12/07)

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s) Case No. ____________ (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | **TOTAL $** (Report also on Summary of Schedules.) | *0.00* | |

No continuation sheets attached

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s)    Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on hand*<br>*Location: In debtor's possession* | *J* | *$ 50.00* |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account with Bank of America*<br>*Location: In debtor's possession* | *J* | *$ 100.00* |
| | | *Checking account with West Suburban bank*<br>*Location: In debtor's possession* | *J* | *$ 100.00* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit and last month's rent for lease personal residence*<br>*Location: In debtor's possession* | *J* | *$ 6,900.00* |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc. household goods and furnishings*<br>*Location: In debtor's possession* | *J* | *$ 3,000.00* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | *X* | | | |
| 6. Wearing apparel. | | *Necessary wearing apparel*<br>*Location: In debtor's possession* | *J* | *$ 600.00* |
| 7. Furs and jewelry. | | *Wedding bands, wristwatches and misc. items of costume jewelry.*<br>*Location: In debtor's possession* | *J* | *$ 300.00* |

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s)

Case No. ____________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Sports equipment including bowling ball and golf clubs.*<br>*Location: In debtor's possession* | *J* | *$ 250.00* |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Term Insurance with a face value of $250,000 and no cash surrered.*<br>*Location: In debtor's possession* | *J* | *$ 0.00* |
| 10. Annuities. Itemize and name each issuer. | *X* | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | *X* | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401(k) Plan with employer, funds remain restricted by employer as well as subject to ERISA restrictions on distribution.*<br>*Location: In debtor's possession* | *H* | *$ 750,000.00* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | *X* | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | *X* | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | *X* | | | |
| 16. Accounts Receivable. | *X* | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | *X* | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | *X* | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | *X* | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | *X* | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to | *X* | | | |

In re *John D. Patterson and Patricia Ann Patterson*, Case No. ______________
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2003 Mercury Sable GS Sedan with 47,000 miles and in need of minor repairs. Location: In debtor's possession* | H | $ 3,500.00 |
| | | *2004 Kia Optima LX Sedan with 52,280 miles and in need if some repairs. Location: In debtor's possession* | W | $ 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | *Personal computer Location: In debtor's possession* | J | $ 200.00 |
| | | | **Total ➔** | $ 769,000.00 |

**(Report total also on Summary of Schedules.) Include amounts from any continuation sheets attached.**

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s)    Case No. ________ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash on hand* | *735 ILCS 5/12-1001(b)* | *$ 50.00* | *$ 50.00* |
| *Checking account with Bank of America* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Checking account with West Suburban bank* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Security Deposit and Last month's Rent* | *735 ILCS 5/12-1001(b)* | *$ 4,300.00* | *$ 6,900.00* |
| *Misc. household goods and furnishings* | *735 ILCS 5/12-1001(b)* | *$ 3,000.00* | *$ 3,000.00* |
| *Necessary wearing apparel* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *Wedding bands, wristwatches and misc. items* | *735 ILCS 5/12-1001(a)* | *$ 300.00* | *$ 300.00* |
| *Sports equipment* | *735 ILCS 5/12-1001(b)* | *$ 250.00* | *$ 250.00* |
| *Term Insurance* | *735 ILCS 5/12-1001(f)* | *$ 0.00* | *$ 0.00* |
| *401(k) Plan with employer* | *735 ILCS 5/12-1006* | *$ 750,000.00* | *$ 750,000.00* |
| *2003 Mercury Sable GS Sedan* | *735 ILCS 5/12-1001(c)* | *$ 0.00* | *$ 3,500.00* |
| *2004 Kia* | *735 ILCS 5/12-1001(c)* | *$ 976.00* | *$ 4,000.00* |
| *Personal computer* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |

**B6D (Official Form 6D) (12/07)**

**In re** *John D. Patterson and Patricia Ann Patterson*, **Debtor(s)** **Case No.**__________ **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an “X” in the column labeled “Codebtor,” include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an “H,” “W,” “J,” or “C” in the column labeled “Husband, Wife, Joint, or Community.”

If the claim is contingent, place an “X” in the column labeled “Contingent.” If the claim is unliquidated, place an “X” in the column labeled “Unliquidated.” If the claim is disputed, place an “X” in the column labeled “Disputed.” (You may need to place an “X” in more than one of these three columns.)

Total the columns labeled “Amount of Claim Without Deducting Value of Collateral” and “Unsecured Portion, if Any” in the boxes labeled “Total(s)” on the last sheet of the completed schedule. Report the total from the column labeled “Amount of Claim Without Deducting Value of Collateral” also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled “Unsecured Portion, if Any” on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| **Creditor's Name and Mailing Address Including ZIP Code and Account Number** *(See Instructions Above.)* | **Co-Debtor** | **H--Husband W--Wife J--Joint C--Community** | **Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien** | **Contingent** | **Unliquidated** | **Disputed** | **Amount of Claim Without Deducting Value of Collateral** | **Unsecured Portion, If Any** |
|---|---|---|---|---|---|---|---|---|
| Account No: *6921*<br>*Creditor # : 1*<br>*Hsbc Auto*<br>*6602 Convoy Ct*<br>*San Diego CA 92111* | | *H* | *2006-12-01*<br>*Purchase Money Security*<br>Value: *$ 3,500.00* | | | | *$ 10,599.00* | *$ 7,099.00* |
| Account No: *1046*<br>*Creditor # : 2*<br>*Us Bank*<br>*Po Box 5227*<br>*Cincinnati OH 45201* | *X* | *W* | *2004-02-01*<br>*Purchase Money Security*<br>Value: *$ 4,000.00* | | | | *$ 3,024.00* | *$ 0.00* |
| Account No: *1046*<br>*Representing:*<br>*Us Bank* | | | *US Bank*<br>*P.O. Box 790167*<br>*Saint Louis MO 63179*<br>Value: | | | | | |

No continuation sheets attached

| | Amount of Claim | Unsecured Portion |
|---|---|---|
| **Subtotal $** (Total of this page) | *$ 13,623.00* | *$ 7,099.00* |
| **Total $** (Use only on last page) | *$ 13,623.00* | *$ 7,099.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)    Case No.__________________ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled “Totals” on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re *John D. Patterson and Patricia Ann Patterson*, Case No.________ (if known)
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *4183*<br>*Creditor # : 1*<br>*Allina Hospitals & clincs*<br>*Consolidated Business Office*<br>*701 Xenia Avenue South*<br>*Minneapolis MN 55416* | | *H* | *07/2004*<br>*Medical Bills* | | | *X* | *$ 3,949.51* |
| Account No: *3001*<br>*Creditor # : 2*<br>*American Express*<br>*P.O. Box 981535*<br>*El Paso TX 79998* | | *W* | *Credit Card Purchases* | | | | *$ 6,315.14* |
| Account No: *7123*<br>*Creditor # : 3*<br>*Amex*<br>*Po Box 297871*<br>*Fort Lauderdale FL 33329* | | *H* | *1985-11-01*<br>*Credit Card Purchases* | | | | *$ 6,699.00* |
| Account No: *1784*<br>*Creditor # : 4*<br>*AT&T Wireless*<br>*Attn: Nat'l Correspondence*<br>*P.O. Box 6028*<br>*Cerritos CA 90703* | | *H* | *2006-03-01*<br>*Utility Bills* | | | | *$ 750.00* |

*14* continuation sheets attached

Subtotal $ *$ 17,713.65*

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1784<br>Representing:<br>AT&T Wireless | | | PALISADES COLLECTION L<br>210 SYLVAN AVE<br>ENGLEWOOD NJ 07632 | | | | |
| Account No: 9322<br>Creditor # : 5<br>AT&T Wireless<br>P.O. Box 8220<br>Aurora IL 60572 | | W | 2007-06-30<br>Utility Bills | | | | $ 345.00 |
| Account No: 9322<br>Representing:<br>AT&T Wireless | | | BUR COL RECO<br>7575 CORPORATE WAY<br>EDEN PRAIRIE MN 55344 | | | | |
| Account No: 9322<br>Representing:<br>AT&T Wireless | | | First Revenue Assurance<br>P.O. Box 5818<br>Denver CO 80217 | | | | |
| Account No: 3588<br>Creditor # : 6<br>Bank One | | H | 2003-09-01<br>Credit Card Purchases | | | | $ 16,071.00 |
| Account No: 3588<br>Representing:<br>Bank One | | | PALISADES COLLECTION L<br>210 SYLVAN AVE<br>ENGLEWOOD NJ 07632 | | | | |

Sheet No. 1 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 16,416.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)

Case No. ____________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7585<br>Creditor # : 7<br>Bell South<br>c/o Prince Parker & Assoc.s<br>P.O. Box 474690<br>Charlotte NC 28247 | | W | Utility Bills | | | | $ 212.92 |
| Account No: 9602<br>Creditor # : 8<br>Cap One Bk<br>Po Box 85520<br>Richmond VA 23285 | | W | 2005-10-01<br>Credit Card Purchases | | | | $ 11,525.00 |
| Account No: 9602<br>Representing:<br>Cap One Bk | | | Regional Adjustment Bureau<br>P.O. Box 34111<br>Memphis TN 38184 | | | | |
| Account No: 0163<br>Creditor # : 9<br>Cap One Bk<br>Po Box 85520<br>Richmond VA 23285 | | H | 2006-10-01<br>Credit Card Purchases | | | | $ 748.00 |
| Account No: 0163<br>Representing:<br>Cap One Bk | | | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City UT 84130 | | | | |
| Account No: 7733<br>Creditor # : 10<br>Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe AZ 85285 | | H | 2003-12-01<br>Collection Attempt<br>Collection Agency, possible duplicate account. | | | | $ 3,111.00 |

Sheet No. 2 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 15,596.92

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Case No. ____________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7432<br>Creditor # : 11<br>Cred Protections Assoc<br>1355 Noel Rd Suite 2100<br>Dallas TX 75240 | | H | 2004-08-01<br>Utility Bills<br>Last reported 11/04 | | | X | |
| Account No: 3142<br>Creditor # : 12<br>Culligan Water<br>c/o American Accounts<br>3904 Cedarvale Dr.<br>Saint Paul MN 55122 | | H | 2005-02-01 | | | | $ 94.00 |
| Account No: 3142<br>Representing:<br>Culligan Water | | | AMERICAN ACCOUNTS AD<br>3904 CEDARVALE DR<br>EAGAN MN 55122 | | | | |
| Account No: 1992<br>Creditor # : 13<br>Dell Financial Svcs/ci<br>12234 N IH 35 Sb Bldg B<br>Austin TX 78753 | | J | 2006-04-01<br>Credit Card Purchases | | | | $ 3,058.00 |
| Account No: 1992<br>Representing:<br>Dell Financial Svcs/ci | | | Dell Financial Services<br>One Dell Way<br>Round Rock TX 78682 | | | | |
| Account No: 1992<br>Representing:<br>Dell Financial Svcs/ci | | | Primary Financial Services<br>3115 North 3rd Avenue, #112<br>Phoenix AZ 85013 | | | | |

Sheet No. 3 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 3,152.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s) Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2031<br>Creditor # : 14<br>Directv<br>c/o CBE Group<br>P.O. Box 900<br>Waterloo IA 50704 | | H | 2007-08-01<br>Utility Bills | | | | $ 96.00 |
| Account No: 2031<br>Representing:<br>Directv | | | CBE GROUP<br>131 TOWE PARK DR SUITE 1<br>WATERLOO IA 50702 | | | | |
| Account No: 9682<br>Creditor # : 15<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850 | | W | 2005-11-01<br>Credit Card Purchases | | | | $ 6,079.00 |
| Account No: 9682<br>Representing:<br>Discover Fin Svcs Llc | | | Discover More Card<br>P.O. Box 30943<br>Salt Lake City UT 84130 | | | | |
| Account No: 7608<br>Creditor # : 16<br>Dish Network<br>c/o CBE Group<br>P.O. Box 100<br>Waterloo IA 50704 | | H | 2003-08-01<br>Utility Bills | | | | $ 102.00 |
| Account No: 7608<br>Representing:<br>Dish Network | | | CBE GROUP<br>131 TOWE PARK DR SUITE 1<br>WATERLOO IA 50702 | | | | |

Sheet No. 4 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 6,277.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *John D. Patterson and Patricia Ann Patterson*, Case No.________ (if known)
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3370<br>Creditor # : 17<br>Edward Hospital & Health Servi<br>801 South Washington Street<br>Naperville IL 60540 | | W | 9/2007<br>Medical Bills | | | | $ 842.34 |
| Account No: 6156<br>Creditor # : 18<br>Edward Hospital & Health Servi<br>801 South Washington Street<br>Naperville IL 60540 | | W | 9/2007<br>Medical Bills | | | | $ 509.43 |
| Account No: 4626<br>Creditor # : 19<br>Elmhurst Memorial Hospital<br>P.O. Box 92348<br>Chicago IL 60675 | | H | 2006-12-04<br>Medical Bills | | | X | $ 146.00 |
| Account No: 4626<br>Representing:<br>Elmhurst Memorial Hospital | | | PELLETTIERI<br>991 OAK CREEK DR<br>LOMBARD IL 60148 | | | | |
| Account No: 4626<br>Representing:<br>Elmhurst Memorial Hospital | | | Van Ru Credit Corp<br>10024 Skokie Blvd.<br>Skokie IL 60077 | | | | |
| Account No: 7816<br>Creditor # : 20<br>Emergency Physi<br>7301 Ohms Lane, Suite 650<br>Minneapolis MN 55439 | | H | 8/2004<br>Medical Bills | | | | $ 250.00 |

Sheet No. 5 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 1,747.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7816<br>Representing:<br>Emergency Physi | | | AMERICAN ACCOUNTS AD<br>3904 CEDARVALE DR<br>EAGAN MN 55122 | | | | |
| Account No: 3618<br>Creditor # : 21<br>Exxon Mobil<br>Credit Card Center<br>P.O. Box 688940<br>Des Moines IA 50368 | | W | Credit Card Purchases | | | | $ 844.59 |
| Account No: 9682<br>Creditor # : 22<br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls SD 57104 | | H | 2007-01-01<br>Credit Card Purchases | | | | $ 499.00 |
| Account No: 9682<br>Creditor # : 23<br>First Premire Bank<br>P.O. Box 5524<br>Sioux Falls SD 57117 | | H | Credit Card Purchases | | | | $ 379.76 |
| Account No: 2519<br>Creditor # : 24<br>FL Power & Light<br>c/o NCO Financial Systems<br>507 Prudential Road<br>Horsham PA 19044 | | J | Utility Bills | | | | $ 507.50 |
| Account No: 2519<br>Representing:<br>FL Power & Light | | | ERSolutions<br>P.O. Box 9004<br>Renton WA 98057 | | | | |

Sheet No. 6 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 2,230.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s) Case No. ________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7505<br>Creditor # : 25<br>Gemb/brandsmart<br>Po Box 981439<br>El Paso TX 79998 | | W | 2006-07-01<br>Credit Card Purchases | | | | $ 5,445.00 |
| Account No: 7505<br>Representing:<br>Gemb/brandsmart | | | Allianceone Receivables Mgmt<br>1160 Centre Point Dr. #1<br>Saint Paul MN 55120 | | | | |
| Account No: 8795<br>Creditor # : 26<br>Gemb/care Credit<br>Po Box 981439<br>El Paso TX 79998 | | W | 2004-08-01<br>Credit Card Purchases | | | | $ 3,891.00 |
| Account No: 4441<br>Creditor # : 27<br>Gemb/city Furn<br>Po Box 981439<br>El Paso TX 79998 | | J | 2006-07-01<br>Credit Card Purchases | | | | $ 1,336.00 |
| Account No: 4441<br>Representing:<br>Gemb/city Furn | | | GE Money Bank<br>P.O. Box 960061<br>Orlando FL 32896 | | | | |
| Account No: 6711<br>Creditor # : 28<br>Gemb/city Furn<br>Po Box 981439<br>El Paso TX 79998 | | W | 2006-07-01<br>Credit Card Purchases | | | | $ 14,046.00 |

Sheet No. 7 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 24,718.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s) Case No. ________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 6711<br>Representing:<br>Gemb/city Furn | | | Allianceone Receivables Mgmt<br>1160 Centre Point Dr. #1<br>Saint Paul MN 55120 | | | | |
| Account No: 4072<br>Creditor # : 29<br>Gemb/jcp<br>Po Box 984100<br>El Paso TX 79998 | | H | 1988-03-01<br>Credit Card Purchases | | | | $ 334.00 |
| Account No: 0691<br>Creditor # : 30<br>Gemb/old Navy<br>Po Box 981400<br>El Paso TX 79998 | | W | 2004-03-01<br>Credit Card Purchases | | | | $ 438.00 |
| Account No: 0313<br>Creditor # : 31<br>Gemb/walmart<br>Po Box 981400<br>El Paso TX 79998 | | W | 2006-07-01<br>Credit Card Purchases | | | | $ 619.00 |
| Account No: 633<br>Creditor # : 32<br>Harrahs Lasv<br>3475 Las Vegas<br>Las Vegas NV 89109 | | H | 2003-01-01<br>Gambling losses | | | X | |
| Account No: 0007<br>Creditor # : 33<br>Hoistad & Associates, PA<br>2550 University Ave W #310N<br>Saint Paul MN 55114 | | H | 10/2006<br>Medical Bills | | | | $ 362.50 |

Sheet No. 8 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 1,753.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Case No.
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2488<br>Creditor # : 34<br>Hsbc Nv<br>Po Box 19360<br>Salinas CA 93901 | | W | 2006-12-01<br>Credit Card Purchases | | | | $ 540.00 |
| Account No: 2488<br>Representing:<br>Hsbc Nv | | | HSBC Card Services<br>P.O. Box 81622<br>Salinas CA 93912 | | | | |
| Account No: 8842<br>Creditor # : 35<br>Hsbc Nv<br>Po Box 19360<br>Portland OR 97280 | | H | 2004-09-01<br>Credit Card Purchases | | | | $ 1,375.00 |
| Account No: 8842<br>Representing:<br>Hsbc Nv | | | HSBC Card Services<br>P.O. Box 80084<br>Salinas CA 93912 | | | | |
| Account No: 3518<br>Creditor # : 36<br>Hsbc Nv<br>Po Box 19360<br>Salinas CA 93901 | | W | 2006-12-01<br>Credit Card Purchases | | | | $ 449.00 |
| Account No: 3518<br>Representing:<br>Hsbc Nv | | | HSBC Card Services<br>P.O. Box 80084<br>Salinas CA 93912 | | | | |

Sheet No. 9 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 2,364.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 4077<br>Creditor # : 37<br>Hsbc Nv<br>Po Box 19360<br>Salinas CA 93901 | | J | 2007-09-01<br>Credit Card Purchases | | | | $ 266.00 |
| Account No: 5589<br>Creditor # : 38<br>Lvnv Funding Llc<br>Po Box 740281<br>Houston TX 77274 | | H | 2005-04-01<br>Credit Card Purchases<br>Collertor for Sears/citi | | | | $ 2,194.00 |
| Account No: 5589<br>Representing:<br>Lvnv Funding Llc | | | Proline Solutions Group<br>908 Niagara Falls Blvd. #245<br>North Tonawanda NY 14120 | | | | |
| Account No: 5589<br>Representing:<br>Lvnv Funding Llc | | | LVNV Funding<br>Po Box 10584<br>Greenville SC 29603 | | | | |
| Account No: 2684<br>Creditor # : 39<br>Methodist Hospital<br>SDS 12-0997<br>P.O. Box 86<br>Minneapolis MN 55486 | | H | 9/2004<br>Medical Bills | | | | $ 618.65 |
| Account No: 0672<br>Creditor # : 40<br>Metropolitan Anesthesia Netwk<br>14700 28th Avenue N, #20<br>Minneapolis MN 55447 | | H | 07/2004<br>Medical Bills | | | | $ 332.50 |

Sheet No. 10 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 3,411.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s)

Case No. ____________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5811<br>Creditor # : 41<br>Nicor Gas<br>1844 Ferry Road<br>Naperville IL 60563 | | H | 2004-07-10<br>Utility Bills | | | | $ 99.00 |
| Account No: 8108<br>Creditor # : 42<br>Nicor Gas<br>1844 Ferry Road<br>Naperville IL 60563 | | H | 2007-06-01<br>Utility Bills | | | | $ 222.00 |
| Account No: 3328<br>Creditor # : 43<br>North Memorial Health Care<br>3300 Oakdale Avenue North<br>Minneapolis MN 55422 | | H | 10/2006<br>Medical Bills | | | | $ 610.20 |
| Account No: 0584<br>Creditor # : 44<br>North Memorial Health Care<br>3300 Oakdale Avenue North<br>Minneapolis MN 55422 | | H | 10/06<br>Medical Bills | | | | $ 893.63 |
| Account No: 3645<br>Creditor # : 45<br>North Memorial Health Care<br>3300 Oakdale Avenue North<br>Minneapolis MN 55422 | | H | 10/2006<br>Medical Bills | | | | $ 504.83 |
| Account No: 7740<br>Creditor # : 46<br>Pediatric Associates<br>4620 N ST Rd 7<br>Building H, Suite 316<br>Fort Lauderdale FL 33319 | | W | 2006<br>Medical Bills | | | | $ 430.25 |

Sheet No. 11 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 2,759.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *John D. Patterson and Patricia Ann Patterson*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *9116*<br>*Creditor # : 47*<br>*Providian Bankcard*<br>*P.O. Box 9007*<br>*Pleasanton CA 94566* | | *H* | *Credit Card Purchases* | | | | *$ 1,501.66* |
| Account No: *9116*<br>*Representing:*<br>*Providian Bankcard* | | | *People First Recoveries*<br>*2080 Elm St. SE*<br>*Minneapolis MN 55414* | | | | |
| Account No: *0001*<br>*Creditor # : 48*<br>*Sallie Mae Servicing*<br>*1002 Arthur Dr*<br>*Lynn Haven FL 32444* | | *W* | *2007-02-01*<br>*Student Loan* | | | | *$ 10,289.00* |
| Account No: *7444*<br>*Creditor # : 49*<br>*St Francis Regional Med Ctr*<br>*14700 28th Avenue N, #20*<br>*Minneapolis MN 55447* | | *H* | *8/2004*<br>*Medical Bills* | | | | *$ 458.50* |
| Account No: *0104*<br>*Creditor # : 50*<br>*T Mobile*<br>*c/o Bay Area Credit Services*<br>*50 Airport Parkway 3100*<br>*San Jose CA 95110* | | *H* | *2007-04-01*<br>*Utility Bills* | | | | *$ 715.00* |
| Account No: *0104*<br>*Representing:*<br>*T Mobile* | | | *BAY AREA CREDIT SERV*<br>*50 AIRPORT PARKWAY SUITE 100*<br>*SAN JOSE CA 95110* | | | | |

Sheet No. *12* of *14* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 12,964.16*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1023<br>Creditor # : 51<br>Tcf Bank 2<br>c/o Millenium Credit Consult.<br>P.O. Box 18160<br>Saint Paul MN 55118 | | H | 2004-12-01<br>Credit Card Purchases | | | | $ 1,563.00 |
| Account No: 1023<br>Representing:<br>Tcf Bank 2 | | | Millenium Credit Consultants<br>149 E. Thompson Avenue<br>Saint Paul MN 55118 | | | | |
| Account No: -05M<br>Creditor # : 52<br>The Sullivan Group<br>2550 W. Golf Road #101<br>Rolling Meadows IL 60008 | | H | 2005<br>Legal bills | | | | $ 875.00 |
| Account No: 9071<br>Creditor # : 53<br>U S Bank<br>101 5th St E Ste A<br>Saint Paul MN 55101 | | H | 1993-02-01<br>Credit Card Purchases | | | | $ 4,333.00 |
| Account No: 7215<br>Creditor # : 54<br>Unifund Co.<br>10751 Montgomery Road<br>Cincinnati OH 45202 | | H | 2007-07-01<br>Credit Line | | | | $ 14,670.00 |
| Account No: 6757<br>Creditor # : 55<br>Us Bank<br>Po Box 790084<br>Saint Louis MO 63179 | | H | 1993-02-01<br>Credit Line | | | | $ 622.00 |

Sheet No. 13 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 22,063.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re John D. Patterson and Patricia Ann Patterson, Case No. ____________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3491<br>Creditor # : 56<br>Wells Fargo Financial Nat'l BK<br>P.o. Box 10475<br>Des Moines IA 50306 | | W | Collection Attempt | | | | $ 4,668.92 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 14 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 4,668.92

Total $ $ 137,836.83

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *John D. Patterson and Patricia Ann Patterson* / Debtor Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Wes Yihwu Han*<br>*816 Burgess Hill Road*<br>*Naperville IL 60565* | Contract Type: *Residential lease*<br>Terms: *$2,300/month lease with option to purchase*<br>Beginning date: *7/1/2007*<br>Debtor's Interest: *Lessor*<br>Description: *Lease of single family home*<br>Buyout Option: *Option to purchase at price > current FMV* |

In re *John D. Patterson and Patricia Ann Patterson* / Debtor    Case No. ________________ (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *James McDermot*<br>*need address*<br>*need zip* | *Us Bank*<br>*Po Box 5227*<br>*Cincinnati OH 45201* |

In re *John D. Patterson and Patricia Ann Patterson* , Debtor(s)

Case No. ____________ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| *Married* | *Son* | *17* |
| | *Son* | *16* |
| | *Daughter* | *13* |
| | *Son* | *19* |
| | *Daughter* | *16* |
| | *Daughter* | *9* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Sales Manager* | *Placement Specialist* |
| Name of Employer | *American Printing* | *A N D Staffing Solutions* |
| How Long Employed | *8 months* | *1 Month* |
| Address of Employer | *2909 Syene Road*<br>*Madison WI 53713* | *2300 N. Barrington Rd. Ste 180*<br>*Hoffman Estates IL 60169* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,827.94 | $ 3,533.34 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,827.94 | $ 3,533.34 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 415.98 | $ 385.43 |
| b. Insurance | $ 205.18 | $ 7.84 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): *401(k) Plan* | $ 203.00 | $ 282.66 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 824.16 | $ 675.93 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,003.78 | $ 2,857.40 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): *Child support* | $ 0.00 | $ 330.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 330.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,003.78 | $ 3,187.40 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 6,191.18 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *John D. Patterson and Patricia Ann Patterson* , Debtor(s)

Case No. ____________ (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,400.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 400.00 |
| b. Water and sewer | $ 100.00 |
| c. Telephone | $ 40.00 |
| d. Other *Cable* | $ 40.00 |
| Other *Intenet* | $ 40.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 30.00 |
| c. Health | $ 400.00 |
| d. Auto | $ 300.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) (Specify) *State of MN* | $ 100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 710.00 |
| b. Other: *Student Loan Payments* | $ 0.00 |
| c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *Hair cuts, personal exp.s* | $ 200.00 |
| Other: *Cigarettes* | $ 250.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,870.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 6,191.18 |
| b. Average monthly expenses from Line 18 above | $ 6,870.00 |
| c. Monthly net income (a. minus b.) | $ (678.82) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *John D. Patterson and Patricia Ann Patterson*

Case No.
Chapter 7

______________________________ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 769,000.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 13,623.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 137,836.83 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,191.18 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,870.00 |
| TOTAL | | 26 | $ 769,000.00 | $ 151,459.83 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *John D. Patterson and Patricia Ann Patterson*

Case No.
Chapter 7

______________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

**If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.**

☐ **Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.**

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 10,289.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 10,289.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,191.18 |
| Average Expenses (from Schedule J, Line 18) | $ 6,870.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 7,463.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 7,099.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 137,836.83 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 144,935.83 |

In re *John D. Patterson and Patricia Ann Patterson*
Debtor

Case No. ____________
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *27* sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/28/2008* Signature */s/ John D. Patterson*
*John D. Patterson*

Date: *9/28/2008* Signature */s/ Patricia Ann Patterson*
*Patricia Ann Patterson*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re: *John D. Patterson*
*aka Jack Patterson*
*and*
*Patricia Ann Patterson*
*aka Patricia A. McDermot*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

*Year to date: $60,000*
*Last Year: $ 97,837*
*Year before: $80,889*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ***Payee: James Schelli, Jr.***<br>***Address:***<br>***1730 Park Street, Suite 220***<br>***Naperville, IL 60563*** | ***Date of Payment: November 11, 2007 and July 1, 2008***<br>***Payor: John D. Patterson*** | ***$1,750.00*** |

### 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:John and Patricia Patterson Address: 18826 NW 56th Court, Coral Springs, FL 33076* | *Name(s):John and Patricia Patterson* | *06/06 to 06/07* |

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *9/28/2008* Signature of Debtor */s/ John D. Patterson*

Date *9/28/2008* Signature of Joint Debtor (if any) */s/ Patricia Ann Patterson*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *John D. Patterson and Patricia Ann Patterson*

Case No.
Chapter 7

______________________________/ Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *2004 Kia* | *Us Bank* | | *X* | | *X* |
| *2003 Mercury Sable GS Sedan* | *Hsbc Auto* | | *X* | | *X* |
| *None* | *Sallie Mae Servicing* | | | | *X* |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Lease of single family home | Wes Yihwu Han | |

### Signature of Debtor(s)

Date: *9/28/2008* Debtor: */s/ John D. Patterson*

Date: *9/28/2008* Joint Debtor: */s/ Patricia Ann Patterson*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re **John D. Patterson**
**aka Jack Patterson**
**and**
**Patricia Ann Patterson**
**aka Patricia A. McDermot**
/ Debtor

Case No.
Chapter **7**

Attorney for Debtor: **James Schelli, Jr.**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: ____________________

**/s/ John D. Patterson**
Debtor

**/s/ Patricia Ann Patterson**
Joint Debtor

Allianceone Receivables Mgm
1160 Centre Point Dr. #1
Saint Paul, MN 55120

Allina Hospitals & clincs
Consolidated Business Offic
701 Xenia Avenue South
Minneapolis, MN 55416

AMERICAN ACCOUNTS AD
3904 CEDARVALE DR
EAGAN, MN 55122

American Express
P.O. Box 981535
El Paso, TX 79998

Amex
Po Box 297871
Fort Lauderdale, FL 33329

AT&T Wireless
Attn: Nat'l Correspondence
P.O. Box 6028
Cerritos, CA 90703

AT&T Wireless
P.O. Box 8220
Aurora, IL 60572

Bank One

BAY AREA CREDIT SERV
50 AIRPORT PARKWAY SUITE 10
SAN JOSE, CA 95110

Bell South
c/o Prince Parker & Assoc.s
P.O. Box 474690
Charlotte, NC 28247

BUR COL RECO
7575 CORPORATE WAY
EDEN PRAIRIE, MN 55344

Cap One Bk
Po Box 85520
Richmond, VA 23285

Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

CBE GROUP
131 TOWE PARK DR SUITE 1
WATERLOO, IA 50702

Cred Protections Assoc
1355 Noel Rd Suite 2100
Dallas, TX 75240

Culligan Water
c/o American Accounts
3904 Cedarvale Dr.
Saint Paul, MN 55122

Dell Financial Services
One Dell Way
Round Rock, TX 78682

Dell Financial Svcs/ci
12234 N IH 35 Sb Bldg B
Austin, TX 78753

Directv
c/o CBE Group
P.O. Box 900
Waterloo, IA 50704

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discover More Card
P.O. Box 30943
Salt Lake City, UT 84130

Dish Network
c/o CBE Group
P.O. Box 100
Waterloo, IA 50704

Edward Hospital & Health Se
801 South Washington Street
Naperville, IL 60540

Elmhurst Memorial Hospital
P.O. Box 92348
Chicago, IL 60675

Emergency Physi
7301 Ohms Lane, Suite 650
Minneapolis, MN 55439

ERSolutions
P.O. Box 9004
Renton, WA 98057

Exxon Mobil
Credit Card Center
P.O. Box 688940
Des Moines, IA   50368


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD   57104


First Premire Bank
P.O. Box 5524
Sioux Falls, SD   57117


First Revenue Assurance
P.O. Box 5818
Denver, CO   80217


FL Power & Light
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA   19044


GE Money Bank
P.O. Box 960061
Orlando, FL   32896


Gemb/brandsmart
Po Box 981439
El Paso, TX   79998


Gemb/care Credit
Po Box 981439
El Paso, TX   79998


Gemb/city Furn
Po Box 981439
El Paso, TX   79998


Gemb/jcp
Po Box 984100
El Paso, TX   79998


Gemb/old Navy
Po Box 981400
El Paso, TX   79998


Gemb/walmart
Po Box 981400
El Paso, TX   79998


Harrahs Lasv
3475 Las Vegas
Las Vegas, NV   89109


Hoistad & Associates, PA
2550 University Ave W #310N
Saint Paul, MN   55114


Hsbc Auto
6602 Convoy Ct
San Diego, CA   92111


HSBC Card Services
P.O. Box 80084
Salinas, CA   93912


HSBC Card Services
P.O. Box 81622
Salinas, CA   93912


Hsbc Nv
Po Box 19360
Salinas, CA   93901


Hsbc Nv
Po Box 19360
Portland, OR   97280


James McDermot
need address
   need zip


James Schelli, Jr.
1730 Park Street, Suite 220
Naperville, IL   60563


LVNV Funding
Po Box 10584
Greenville, SC   29603


Lvnv Funding Llc
Po Box 740281
Houston, TX   77274


Methodist Hospital
SDS 12-0997
P.O. Box 86
Minneapolis, MN   55486


Metropolitan Anesthesia Netw
14700 28th Avenue N, #20
Minneapolis, MN   55447


Millenium Credit Consultants
149 E. Thompson Avenue
Saint Paul, MN   55118


Mr William Neary
219 South Dearborn Street
Room 873
Chicago, IL   60604

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

North Memorial Health Care
3300 Oakdale Avenue North
Minneapolis, MN 55422

PALISADES COLLECTION L
210 SYLVAN AVE
ENGLEWOOD, NJ 07632

John D. Patterson
1805 Marine Road
Bolingbrook, IL 60490

Patricia Ann Patterson
1805 Marine Road
Bolingbrook, IL 60490

Pediatric Associates
4620 N ST Rd 7
Building H, Suite 316
Fort Lauderdale, FL 33319

PELLETTIERI
991 OAK CREEK DR
LOMBARD, IL 60148

People First Recoveries
2080 Elm St. SE
Minneapolis, MN 55414

Primary Financial Services
3115 North 3rd Avenue, #112
Phoenix, AZ 85013

Proline Solutions Group
908 Niagara Falls Blvd. #24
North Tonawanda, NY 14120

Providian Bankcard
P.O. Box 9007
Pleasanton, CA 94566

Regional Adjustment Bureau
P.O. Box 34111
Memphis, TN 38184

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444

St Francis Regional Med Ctr
14700 28th Avenue N, #20
Minneapolis, MN 55447

T Mobile
c/o Bay Area Credit Service
50 Airport Parkway 3100
San Jose, CA 95110

Tcf Bank 2
c/o Millenium Credit Consul
P.O. Box 18160
Saint Paul, MN 55118

The Sullivan Group
2550 W. Golf Road #101
Rolling Meadows, IL 60008

U S Bank
101 5th St E Ste A
Saint Paul, MN 55101

Unifund Co.
10751 Montgomery Road
Cincinnati, OH 45202

Us Bank
Po Box 790084
Saint Louis, MO 63179

US Bank
P.O. Box 790167
Saint Louis, MO 63179

Us Bank
Po Box 5227
Cincinnati, OH 45201

Van Ru Credit Corp
10024 Skokie Blvd.
Skokie, IL 60077

Wells Fargo Financial Nat'l
P.o. Box 10475
Des Moines, IA 50306

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re ***John D. Patterson***
***aka Jack Patterson***
***and***
***Patricia Ann Patterson***
***aka Patricia A. McDermot***
/ Debtor

Case No.
Chapter **7**

Attorney for Debtor: ***James Schelli, Jr.***

## PETITIONER'S AFFIDAVIT

Petitioner has not had a case pending under Title 11 at any time in the preceding 180 days where:

1) the case was dismissed by the Court for willful failure of the debtor to abide by orders of the Court, or to appear before the Court in proper prosecution of the case; or

2) the petitioner requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11.

Under penalty of perjury, I declare I have read this statement and to the best of my knowledge and belief it is true.

Dated: ______________________________

***/s/ John D. Patterson***
Signature of Petitioner

***/s/ Patricia Ann Patterson***
Signature of Joint Petitioner